| Case Number: 09-55076 | | | | | | | Date: October 1, 2010 |
| Debtor Name: WALTER, RACHEL L | | | | | | | PROPOSED DISTRIBUTION |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $1,504.87 |
| | Marc P. Gertz Trustee 11 S. Forge St. Akron OH 44304 | Administrative | 100 | $376.22 | $0.00 | $376.22 | $376.22 | $1,128.65 |
| | Marc P. Gertz Trustee 11 S. Forge St. Akron OH 44304 | Administrative | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $1,128.65 |
| | Subtotals For Class Administrative 100.00% | | | $376.22 | $0.00 | $376.22 | $376.22 | |
| 1 | JOHN SOLIDAY FINANCIAL GROUP 471 E. BROAD STREET 12TH FLOOR Columbus, OH 43215 | Unsecured | 300 | $2,616.99 | $0.00 | $2,616.99 | $217.05 | $911.60 |
| 2 | WOMENS DIAGNOSTIC CLINIC PO BOX 901580 Cleveland, OH 44190 | Unsecured | 300 | $24.16 | $0.00 | $24.16 | $2.00 | $909.60 |
| 3 | Asset Acceptance LLC Po Box 2036 Warren MI 48090 | Unsecured | 300 | $1,096.60 | $0.00 | $1,096.60 | $90.95 | $818.65 |
| 4 | Asset Acceptance LLC Po Box 2036 Warren MI 48090 | Unsecured | 300 | $273.28 | $0.00 | $273.28 | $22.67 | $795.98 |
| 5 | Marathon Petroleum Co 539 S Main St Findlay, OH 45840 | Unsecured | 300 | $556.26 | $0.00 | $556.26 | $46.13 | $749.85 |
| 6 | Hou Fundng 2620 Fountainview #305 Houston, TX 77057 | Unsecured | 300 | $954.33 | $0.00 | $954.33 | $79.15 | $670.70 |
| 7 | U.S. Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Unsecured | 300 | $3,363.95 | $0.00 | $3,363.95 | $279.00 | $391.70 |
| 8 | Capital Recovery III LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | 300 | $1,306.22 | $0.00 | $1,306.22 | $108.33 | $283.37 |
| 9 | Capital Recovery III LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | 300 | $859.17 | $0.00 | $859.17 | $71.26 | $212.11 |
| 10 | Capital Recovery III LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | 300 | $2,557.53 | $0.00 | $2,557.53 | $212.11 | $0.00 |
| | Subtotals For Class Unsecured 8.29% | | | $13,608.49 | $0.00 | $13,608.49 | $1,128.65 | |
| | Totals | | | $13,984.71 | $0.00 | $13,984.71 | $1,504.87 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

Check # 1011
receipt # 81817

Date printed 10/1/2010 1:28 PM